**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-MC-00046-MOC-SCR**

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE DISTRICT COURT IN BILGORAJ FIRST CIVIL DIVISION IN BILGORAJ, POLAND IN *TERESA ELZBIETA PELC-KARPOWICZ vs. MARIUS KARPOWICZ et. al.*, Ref. No. I Ns 515/22 | ) ) ) ) ) ) |

**ORDER**

WHEREAS, the United States, by its counsel, on behalf of the District Court in Bilgoraj First Civil Division in Bilgoraj Poland, in *Teresa Elzbieta Pelc-Karpowicz vs. Marius Karpowicz et al.*, assigned Foreign Reference Number: I Ns 515/22 through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in Court in Bilgoraj First Civil Division in Bilgoraj Poland, and

WHEREAS, upon review of the Letter of Request issued by the Trial Court in Bilgoraj First Civil Division in Bilgoraj Poland pursuant to a Letter of Request issued in connection with a civil matter pending in Poland captioned *Teresa Elzbieta Pelc-Karpowicz vs. Marius Karpowicz et al.*, assigned Foreign Reference Number: I Ns 515/22 seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Poland, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Janice Powers, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial

Assistance, United States Department of Justice, for transmission to the Trial Court in Bilgoraj First Civil Division in Civil Matter I Ns 515/22 in Bilgoraj, Poland, pursuant to a Letter of Request issued in connection with a civil matter pending in Poland, captioned *Teresa Elzbieta Pelc-Karpowicz vs. Marius Karpowicz* et al., assigned Foreign Reference Number: I Ns 515/22, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, North Carolina with a copy of this Order and the accompanying documents.

**SO ORDERED**.

Signed: April 15, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge